benefit of Christina Talich, $10,294.86, was correct, and the judgment is

AFFIRMED.

---

CHRISTINA TALICH, APPELLEE, V. ARCHIE D. MARVEL ET AL.:
CITIZENS BANK OF GILTNER, APPELLANT.

FILED FEBRUARY 14, 1927. No. 25105.

Case Followed. The issues involved in this case are identical with
those presented in No. 25050, *Talich v. Marvel, ante*, p. 246,
determined at the present sitting of court. Upon the authority
in that case, the judgment in the present action is affirmed.

APPEAL from the district court for Adams county: LEWIS
H. BLACKLEDGE, JUDGE. *Affirmed.*

*Hainer, Craft, Edgerton & Fraizer* and *C. M. Skiles,* for
appellant.

*Fred C. Foster* and *Thomas, Vail & Stoner, contra.*

Heard before DEAN, DAY, GOOD, THOMPSON and EBERLY,
JJ.

DAY, J.

The legal question presented in this appeal is the same
as was involved in *Talich v. Marvel, ante,* p. 246. In this
case Christina Talich filed in Adams county a transcript
of the judgment which she obtained against the Citizens
Bank in Hamilton county and, after execution thereon in
Adams county being returned *nulla bona,* proceedings were
instituted and served on the Bank of Commerce of Hastings,
Nebraska. The garnishee answered that it had in its pos-
session to the credit of the Citizens Bank of Giltner $991.63.

The issues presented before the trial court were identi-
cal with those involved in *Talich v. Marvel, ante,* p. 246.
The trial court ordered the garnishee to pay into court
$991.63 to be applied upon the judgment held by Mrs. Talich
against the Citizens Bank. The garnishee complied with

this order.   From this judgment the Citizens Bank has appealed.

Upon the authority of *Talich v. Marvel, ante,* p. 246, the judgment of the district court is

AFFIRMED.